### 39626.   RAY v. EDWARDS.
### 39627.   RAY v. KENNESAW FINANCE CORPORATION.

RUSSELL, Judge.   Where as here it does not appear from the record on appeal that there has been either service or waiver of acknowledgment of service of the bill of exceptions as required by *Code Ann.* § 6-911, this court is without jurisdiction of the writ of error. *Benefield v. Luther*, 210 Ga. 544 (3) (81 SE2d 513); *Kinney v. Bell*, 104 Ga. App. 398 (121 SE2d 840); *Anderson v. Heyward*, 96 Ga. App. 683 (101 SE2d 110).

*Writ of error dismissed.* *Carlisle, P. J., and Eberhardt, J., concur.*

DECIDED JULY 6, 1962.

*John D. Edge*, for plaintiff in error.
*Lokey & Bowden, Hamilton Lokey, Glenn Frick*, contra.